In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-501 CV


____________________



KEVIN LAMMERS, Appellant



V.



KELLY MARIE PETTIT LAMMERS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 04-04-02646 CV






 MEMORANDUM OPINION 


 The appellant, Kevin Lammers, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered May 4, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.